JILL GARCIA
Nevada Bar No. 007805
jill.garcia@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369-6800
Fax:  702.369.6888

*Attorneys for Defendant Sun Life Assurance Company of Canada*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANA TERESA PHILLIPS,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02322-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO AMEND COMPLAINT AND RESPOND TO COMPLAINT**<br>**(First Request)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant, Sun Life Assurance Company of Canada ("Sun Life"), and Ana Teresa Phillips ("Plaintiff") by and through their undersigned counsel of record, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff filed her Complaint in the instant action on August 18, 2016.

2. Sun Life filed its timely Notice of Removal with this Court on October 4, 2016. [ECF No. 1.]

3. Sun Life and Plaintiff conferred, through counsel, on or about October 6, 2016 regarding governing law of the claims asserted in the Complaint.

4. Sun Life and Plaintiff have agreed that this Court has federal question jurisdiction over the claims in the Complaint under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* (hereinafter "ERISA");

5. Sun Life and Plaintiff have agreed to an extension of time for Plaintiff to amend her Complaint under ERISA.  Therefore, Plaintiff's deadline to amend the Complaint is now **October 17, 2016**.

6. Sun Life and Plaintiff have agreed that Sun Life shall have twenty-eight (28) days from the Plaintiff's deadline to amend the Complaint, in which to respond.  Therefore, Sun Life's deadline to respond to the Complaint is now **November 14, 2016**.

7. This is the parties' first request to extend the deadlines.

8. This request is made in good faith, and not for purposes of delay.

IT IS SO STIPULATED:

Dated: THIS 10TH DAY OF OCTOBER, 2016.

By: /s/ Cory M. Jones
Cory M. Jones
Jones Wilson LLP
1522 W. Warm Springs Road
Henderson, Nevada 89014
*Attorneys for Plaintiff Ana Teresa Phillips*

By: /s/Jill Garcia
JILL GARCIA
Nevada Bar No. 007805
ERICA J. CHEE
Nevada Bar No. 12238
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
*Attorneys for Defendant Sun Life Assurance Company of Canada*

IT IS SO ORDERED:



_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 21st day of October, 2016.